# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JULY 15, 2022

---

### NO. 03-22-00076-CV

---

**R. S. S. and N. M., IV, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on February 2, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.